Form 3-1

**FORM 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| INDUSTRIAL GROUP PHOSPHORITE LLC,<br>　　　　　　Plaintiff,<br>　v.<br>UNITED STATES,<br>　　　　　　Defendant. | **SUMMONS**<br><br>**Court No. 21-220** |

**TO:**   The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

　　　　　　　　　　　　　　　　　　　　　　/s/ **Mario Toscano**
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

**1.**　**Name and standing of plaintiff**

Plaintiff Industrial Group Phosphorite LLC ("Phosphorite") is a foreign producer of subject merchandise and therefore an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A). Phosphorite participated as a Respondent in the U.S. Department of Commerce's countervailing duty investigation of phosphate fertilizers from the Russian Federation and has standing to commence this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631.

**2.**　**Brief description of contested determination**

Phosphorite contests certain aspects of the final determination of the U.S. Department of Commerce in the countervailing duty investigation of phosphate fertilizers from the Russian Federation and the countervailing duty order imposed on phosphate fertilizers from the Russian Federation. *See Phosphate Fertilizers From the Russian Federation: Final Affirmative Countervailing Duty Determination*, 86 Fed. Reg. 9,479 (Int'l Trade Admin. Feb. 16, 2021); *Phosphate Fertilizers From the Kingdom of Morocco and the Russian Federation: Countervailing Duty Order*, 86 Fed. Reg. 18,037 (Int'l Trade Admin. Apr. 7, 2021).

Form 3-2

**3. Date of determination**

The U.S. Department of Commerce's final determination was signed on February 8, 2021. The countervailing duty order was signed on April 1, 2021.

**4. If applicable, date of publication in Federal Register of contested determination**

The U.S. Department of Commerce published its final determination in the Federal Register on February 16, 2021 (86 Fed. Reg. 9,479). The countervailing duty order was published in the Federal Register on April 7, 2021 (86 Fed. Reg. 18,037).

/s/ Jeremy W. Dutra
Signature of Plaintiff's Attorney

May 6, 2021
Date

Peter Koenig
Jeremy W. Dutra

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
(202) 626-6600
peter.koenig@squirepb.com
jeremy.dutra@squirepb.com

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278


Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044


General Counsel
Attn: Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, DC 20230